Monte J. White & Associates, P.C.
1106 Brook Ave
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| Tommie Neil Lundy | § | Case No. 14-70222-hdh-13 |
| Gerald Ann Lundy | § | Chapter 13 |
|    Debtors | § | |

### DEBTORS' MOTION TO EXTEND AUTOMATIC STAY

Comes Now Debtors, by counsel, and for this Motion state as follows:

1. Debtors filed for relief under Chapter 13 in the Northern District of Texas. This is a core proceeding.

2. Debtors were debtors in a prior case during the preceding year. Debtors filed Chapter 13, Case No. 11-70206-HDH-13 on May 26, 2011.

3. Debtors seek an extension of the automatic stay imposed for 30-days pursuant to 11 U.S.C. §362(c)(3)(A), as to all creditors until further order or discharge to effectuate an orderly reorganization, pursuant to 11 U.S.C. §362(c)(3)(B).

4. Debtors' prior case was dismissed for: Failure to make payments. Debtors had many medical problems, surgeries and additional prescription costs which caused them to fall behind with their $720.00 Trustee payments and they were unable to bring the payments current.

5. The following changes of circumstances demonstrate that the Debtors can perform this plan and are likely to complete the case successfully: Debtors' new payment decreased to $520.00. Debtors' are re-filing to save their home. Debtors understand that this may be the last opportunity to file a bankruptcy case.

WHEREFORE, Debtors request this Court enter its order continuing the automatic stay under §362(a) in this proceeding as to all creditors for the duration of this Chapter 13 proceeding, or until such time as the stay is terminated under §362(c)(1) or (c)(2) or a motion for relief is granted under §362(d).

        Respectfully submitted,

        /s/Monte J. White, Attorney for Debtors

### CERTIFICATE OF CONFERENCE

On July 11, 2014, the Office of Monte J. White & Associates, P.C. contacted Marc McBeath, Counsel for the Chapter 13 Trustee, and was advised that the Trustee does not oppose the Motion.

        /s/Monte J. White, Attorney for Debtors

### CERTIFICATE OF SERVICE

A true and exact copy of the foregoing Motion and Notice of Hearing was served electronically by the ECF System or by First Class Mail on July 24, 2014 on all parties on the mailing matrix:

        /s/Monte J. White, Attorney for Debtors

Debtor(s): **Tommie Neil Lundy**
**Gerald Ann Lundy**

Case No:

Chapter: **13**

**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

Account Rec Special/Sumner Regi
200 W. Wyatt Earp
Dodge City, KS 67801

Citibank Usa/The Home Depot
CITICORP CREDIT SERVICES/ATTN:
PO Box 20507
Kansas City, MO 64195

Meritrust Credit Union
8710 E 32nd St N
Wichita, KS 67226

Allen L. Adkins & Associ, PC
PO Box 3340
Lubbock, TX 79452

Cpu/citi - Conoco Phillips Unio
Attn: Centralized Bankruptcy
PO Box 20363
Kansas City, MO 64195

Panhandle Federal Credit Union
403 N Washington
Wellington, KS 67152

Ally Financial
P O Box 380901
Bloomington, MN 55438

Farmers National Bank/Newcastle
PO Box 10
Newcastle, TX 76372

Provident Funding Asso
1235 N. Dutton Ave
Santa Rosa, CA 95401

BAC Home Loans Service
450 American St
Simi Valley, CA 93065

GEMB/JC Penney
Attention: Bankruptcy
PO Box 103104
Roswell, GA 30076

Star Tex Power
PO Box 4802
Houston, TX 77210-4802

Berlin Wheeler Inc/Kansas Gas S
Pob 479
Topeka, KS 66601

Gerald Ann Lundy
1116 W Howard
Olney, TX 76374

Sumner County Treasurer's Offic
501 N Washington
Wellington, KS 67152

Capital One, N.a.
Bankruptcy Dept
PO Box 5155
Norcross, GA 30091

HSBC Bank
Po Box 5253
Carol Stream, IL 60197

Tommie Neil Lundy
1116 W Howard
Olney, TX 76374

CCS/Progressive Insurance
PO Box 709
Needham Heights, MA 02494

Internal Revenue Service
Special Procedures-Insolvency
PO Box 7346
Philadelphia, PA 19101

Young Co, Olney ISD, Olney-Hami
Perdue Brandon Fielder Collins
PO Box 8188
Wichita Falls, TX 76307-8188

Central State Recovery/Wichita
PO Box 3130
Hutchinson, KS 67501

IRS Special Procedures
1100 Commerce St., Room 951
Mail Stop 5029 DAL
Dallas, TX 75246

Cer Sts Recovery/Walnut Valley
1314 N Main St
Hutchinson, KS 67501

Kansas Dept of Revenue
915 SW Harrison Street
Topeka, KS 66625-2000

Citibank Sd, Na
Attn: Centralized Bankruptcy
PO Box 20507
Kansas City, MO 64195

Martin, Leigh, Laws &Fritzlen,P
1044 Main Street, Ste 900
Kansas City, MO 64105