Robert B. Wilson
Chapter 13 Trustee
6308 Iola Avenue, Suite 100    Lubbock, TX 79424
(806) 748-1980 Phone    (806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

TOMMIE NEIL LUNDY & GERALD ANN LUNDY

CASE NO. 14-70222-HDH-13

| | |
|---|---|
| AKA1: | AKA2: |
| DBA1: | DBA2: |
| SS#1: xxx-xx- 2080 | SS#2: xxx-xx- 1165 |

## REPORT OF 341 MEETING

I. 341 MEETING REPORT:

  A. Orig. Date: __8/25/2014__  Orig. Time: __11:00 AM__          Reset Date:          Reset Time:

  B. Meeting Results:      __Adjourned__

  C. Debtor(s):   __Debtor 1 Appeared__          __Debtor 2 Appeared__

  D. Attorney for Debtor(s):    __Appeared__

  E. Creditor Appearance:    None

  F. Amount Paid to the Trustee as of      8/25/2014    __$520.00__      First Payment Due Date:      __8/23/2014__

  G. File Trustee's Motion to Dismiss because

  H. B22C Information:    B22C Form is:    __Complete__

      Budgeted Income:   __$4,198.00__   Expense:    __$3,678.00__   Surplus:    __$520.00__

      Plan Payment:   __$520.00__  __Monthly__                    Plan Term(Months):   __60__

  I. Value of Non-Exempt Property:    __$800.00__  Proposed Amount to Unsecured Creditors:      __$0.00__

      ___ Objection to Exemption of:

      ___ Repeat Filing (If case dismissed, it should be with prejudice)  Previous Case Numbers:   __11-70206__

      ___ Object to Invoke Stay Pleading

      ___ Case Converted from Chapter 7, Bar Date Set:    __11/24/2014__  Date Converted from Chapter 7:

  J. Required Information:    __WW Directive__

  K. Business Information:

  L. Object to Confirmation:    __Yes__

      Trustee requests $350 step payment to begin August 2015
      Sch J lists excessive expenses
      Failure to include all disposable income

  M. Financial Management Class:    __Debtor 1 Appeared__          __Debtor 2 Appeared__

  N. Eligibility:

      Certificate of Credit Counseling Filed:   __Both Debtor 1 and Debtor 2__

      Credit Counseling Provider Approved:                  __Yes__

      Debt Limits Exceeded (Secured-$1,081,400; Unsecured-$360,475):    __No__

  O. Domestic Support Obligation:        __$0.00__   Current:          Arrears:      __$0.00__

      Affidavit and Disclosure of Domestic Support Obligations Received:   __Yes__

  P. Remarks:   MTD
         -Wage Directive
      Questions
         -Why do Debtors ow Kansas Department of Revenue & for what years?
      It is over the time they lived in Kansas. 2007-2009
         -Trustee requests $350 step payment to begin August 2015
           -$561.27 principal mortgage payment on $5,051 debt will complete in about 10 mos?
      Yes
         -Sch J lists excessive expenses
           -Nat'l Std 2, 2, & 0 $3,027 -- Adj Nat'l Std $3,327 -- Adjusted by $300 charity
           -Sch J $3,678 & debt in plan $0 totals $3,678 or $351 above Adj Nat'l Std
           -$173 phones, $101 cable/internet

Robert B. Wilson

Chapter 13 Trustee

6308 Iola Avenue, Suite 100    Lubbock, TX 79424

(806) 748-1980 Phone      (806) 748-1956 Fax

-If $350 step payment is acknowledged Marc is alright with this case.
They can agree to this step payment.
-Failure to include all disposable income

Dated:    <u>8/25/2014</u>

/s/ Robert B. Wilson

Standing Bankruptcy Trustee

By:      Brent Hagan

| Case Number: | 14-70222 |
|---|---|
| Debtor: | Lundy |
| Attorney: | White |
| Presiding Officer: | Brent Hagan |
| Calculation Date: | 8/21/2014 15:34 |

| Domestic Support   Input name from Plan | Arrears<br>Enter amount from Plan | Int. Rate<br>Enter from Plan | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Secured Creditor/Collateral Input name from Plan | Value/Claim Amount<br>Enter amount from Plan | Int. Rate<br>Enter from Plan | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| Young CAD | $10,665.66 | 12.00% | 60 | $237.25 | $14,235.10 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Priority Creditor   Input name from Plan | Value/Claim Amount<br>Enter amount from Plan | | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| IRS -- Filed $10,132 | $7,600.34 | | 60 | $126.67 | $7,600.34 |
| Kansas Dept of Rev | $1,640.05 | | 48 | $34.17 | $1,640.05 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |

| Attorney Fees   Paid Through the Plan | $3,240.00 | | | | $3,240.00 |
|---|---|---|---|---|---|
| Noticing Fees | $102.96 | | | | $102.96 |
| Clerk Filing Fees | $0.00 | | | | $0.00 |

| Hardacre Minimum | $0.00 | <-------------- | | | |
|---|---|---|---|---|---|
| Chapter 7 Minimum (Gross) | $800.00 | | | | |
| Less Trustee Fees | $80.00 | | | | |
| Less Attorney Fees | $3,240.00 | | | | |
| Less Noticing Fees | $102.96 | | Greater Of ---------> | | $0.00 |
| Less Clerk Filing Fees | $0.00 | | | | |
| Less Scheduled Priority Claims | $9,240.39 | | | | |
| Less Other (Explain Below) | $0.00 | | | | |
| Chapter 7 Minimum (Net) | $0.00 | <-------------- | | | |

| Total Scheduled General Unsecured Claims (Limits Greater of Hardacre or Chapter 7 Minimum) | $89,894.63 |
|---|---|

| Calculated Base (Admin, Secured, Priority, DSO, Lower of Minimum or Sched U/S & Trustee Fee) | $29,786.84 |
|---|---|
| Debtor Plan Base (Monthly Payment X Term) | $31,200.00 |
| Surplus (Debtor Plan Base - Calculated Base) | $1,413.16 |

**Comments:**

Version 1.03 Last Revised: 7/31/2008